FULL NAME: Nguyen Nam Ba

COMMITTED NAME (if different):

FULL ADDRESS INCLUDING NAME OF INSTITUTION: Patton State Hospital
3102 E Highland Ave
Patton CA 92369

PRISON NUMBER (if applicable): 1764224

**FILED**
CLERK, U.S. DISTRICT COURT
8/12/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: vav  DEPUTY

RELATED DDJ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Nguyen Nam Ba

PLAINTIFF,

v.

Kevin Stephen,
Shawn McDonald

DEFENDANT(S).

CASE NUMBER: 8:22-CV-01570-DOC-PLA
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes  ☐ No

2. If your answer to "1." is yes, how many? __2__

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

In the first lawsuit I found base on the officer using excessive force during arrest. The second suit I found base on the doctor fail to provide medical need.

a. Parties to this previous lawsuit:
Plaintiff _Nguyen Nam Ba_

Defendants _Dudash / Sgt. Ponce / Alhambra police department_

b. Court _U.S Central district Court_

c. Docket or case number _2:2010-CV-09695 ; 2:13-CV-963 MCE 13P_
d. Name of judge to whom case was assigned _N/A_
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _Settlement_
f. Issues raised: _1) using excessive force and_
_2) failure to provide medical treatment._

g. Approximate date of filing lawsuit: _2010_
h. Approximate date of disposition _2012_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☐ Yes  ☑ No

   If your answer is no, explain why not _I file the grievance through the government_ ~~government~~ _Claim petition and is still pending._

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Nguyen Nam Ba_
(print plaintiff's name)
who presently resides at _Patton State hospital 3102 E Highland Ave, Patton, CA 92369_
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_Orange County Central District Justice Center._
(institution/city where violation occurred)

---

CV-66 (7/97)  **CIVIL RIGHTS COMPLAINT**  Page 2 of 6

on (date or dates) _____, _____, _____.
                      (Claim I)         (Claim II)        (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Kevin Stephen_____ resides or works at
   (full name of first defendant)
   __600 W Santa Ana blvd Suite 111 Santa Ana CA 92701__
   (full address of first defendant)
   __Public defender__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   Court appointed, using another person or know the case has been dismiss but fail to inform, and continue conduct the court hearing after the case already dimiss.

2. Defendant __Shawn McDonald_____ resides or works at
   (full name of first defendant)
   __600 W Santa Ana blvd Suite 111, Santa Ana CA 92701__
   (full address of first defendant)
   __Public defender__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   on 1/17/20 using someone not involved in the case to conduct the hearing to obtain the court order to release the imposter.

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

Fourth Amendment
Sixth Amendment
and Due process rights.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On Nov. 15, 2019, I was detain by Newport Beach Police department. On Nov 19, 2019 during arraingment I request the court to granted me a request to represented myself and the court deny me. On Jan 3, 2020 My counsel was filed the motion to dismiss the case under penal code § 995. The motion case 19HF1603 to dismiss was granted and the District Attorney quickly refile the case and change the case number from 19HF1603 To 20HF0099 (See Exhibit 1) On Jan 16, 2020).

On Jan 17, 2020 the District Attorney and the public defender using the imposter to conducting the hearing to obtain the release order for the imposter. They continue to use this service to harm my case throught out in the past 2 year. (See attachment)

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

1. On Jan 21, 2020 I got release out on bail, Eventually
2. the defendant Mr. Shawn Mcdonald withdraw himself
3. himself from the case after misconduct by using
4. the third party whom not involved in the case
5. to conduct the hearing to obtain the court order
6. to release for the imposter (See Exhibit #2)
7. At all time during the period from 1-16-20
8. to 4-7-21 (the date I found out from the court provide
9. me the Minutes order) I did not aware or knowledge
10. that my case 19HF1603 has been dismiss again
11. on 1-17-20 and I did not the one attend the
12. court hearing on 1-17-20.
13. At all time during the defendant represented
14. me they know the case has been dismiss but
15. fail to provide me the information if I know the
16. case has been dismiss I don't have to be on
17. or report to my probation officer weekly.
18. I don't have to be surrender to the authority
19. for Search. and I don't have to be incarcerded
20. for 2 years, the case been terminated on Dec
21. 10, 2021 while schedule to be dismiss of probation
22. on 4-2-2023.
23. As a pro per I'm often raise many issue
24. for Appeal purpose and the defendant use the
25. imposter therefore the record become contradict
26. a the defendant hacking in the Court system
27. try to remove delete the record as a result
28. the record miss many important information.
29. (See Exhibit #3)

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I am request for the court to orda the defendant Mr GHawn McDonald and kevin Stephen to compensate me in the sum of 2 milion Dollar. and all other necsesary as the court deam proper. the cost of this case, the court fee and the mentdly distress.

7/30/2022
(Date)

(Signature of Plaintiff)

# Exhibit #1

In this exhibit the Court will find that on 1-16-2020 I have court, and the case 19HF1603 has been dismiss by the court and the D.A refile it however the minutes order did not documented how the case got dismiss, many information did not occur during the hearing, such as lower the bail etc... did not documented



**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

Case : 20HF0099 F A
Name : Nguyen, Nam Ba

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 01/16/20 | 1 | FLDOC | **Original Complaint filed on 01/16/2020 by Orange County District Attorney.** |
| | 2 | FLNAM | Name filed: Nguyen, Nam Ba |
| | 3 | FLCNT | FELONY charge of 21310 PC filed as count 1. Date of violation: 11/15/2019. |
| | 4 | FLCNT | INFRACTION charge of 12.56.030(A) NBMC filed as count 2. Date of violation: 11/15/2019. |
| | 5 | FLPRI | 667(d)/(e)(2)(A)&1170.12(b)/(c)(2)(A) PC dated 06/26/2009, Case # GA070981-01 filed as prior # 1. |
| | 6 | FLPRI | 667(d)/(e)(2)(A)&1170.12(b)/(c)(2)(A) PC dated 06/26/2009, Case # GA070981-01 filed as prior # 2. |
| | 7 | FLPRI | 667.5(b) PC dated 06/26/2009, Case # GA070981-01 filed as prior # 3. |
| | 8 | CLADD | **At the request of People, case calendared on 01/17/2020 at 10:00 AM in C38 for ARGN .** |
| | 9 | FI959 | Accusatory pleading filed by the prosecutor pursuant to Penal Code section 959.1. |
| | 11 | TEXT | Refile from case 19HF1603 |
| 01/17/20 | 1 | HHELD | **Hearing held on 01/17/2020 at 10:00:00 AM in Department C38 for Arraignment .** |
| | 2 | OFJUD | Judicial Officer: Elizabeth Macias, Judge |
| | 3 | OFJA | Clerk: M. Johnson |
| | 4 | OFBAL | Bailiff: A. Rodriguez |
| | 5 | OFREP | Court Reporter: Mary Fleming |
| | 6 | APDDA | People represented by George Turner, Deputy District Attorney, present. |
| | 7 | APWOC | Defendant present in Court without counsel. |
| | 8 | APDPD | Court appoints Public Defender to represent Defendant. |
| | 9 | APDWPD | Defendant present in court with counsel Shawn McDonald, Public Defender. |
| | 10 | CPCDD | Copy of Original Complaint given to defense counsel. |
| | 11 | CPACK | Counsel acknowledges receipt of the charging document. |
| | 12 | WVRAR | Defendant waives reading of the Original Complaint and advisement of rights. |
| | 13 | PLNGA | **To the Original Complaint defendant pleads NOT GUILTY to all counts.** |

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

Case : 20HF0099 F A
Name : Nguyen, Nam Ba

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 01/17/20 | 14 | DFDNP | Defendant denies all prior(s) as set forth. |
| | 15 | MORES | Defense reserves all motions. |
| | 16 | DFSFC | Defendant invokes state, federal and constitutional rights. |
| | 17 | CLSET | **Pre Trial set on 01/28/2020 at 08:30 AM in Department H1.** |
| | 18 | CLTXT | **The date of January 28, 2020 will be day 6 of 10.** |
| | 19 | CLSET | **Jury Trial set on 01/30/2020 at 08:30 AM in Department H1.** |
| | 20 | FXCENE | **Jury Trial on 01/30/2020 at 08:30 AM in H1 entered in error. (Entered NUNC_PRO_TUNC on 01/24/20)** |
| | 21 | CLSET | **Preliminary Hearing set on 01/30/2020 at 08:30 AM in Department H1. (Entered NUNC_PRO_TUNC on 01/24/20)** |
| | 22 | CLTXT | **The date of January 30, 2020 will be day 8 of 10.** |
| | 23 | MOTBY | Oral motion by Defense requesting the defendant be released on his own recognizance, set a low bail amount, or release the defendant to a drug treatment residential program. |
| | 24 | MOPEO | Objection by the People due to no significant changes.. |
| | 25 | TEXT | The Court considered the defendant's cases and Records of Arrests and Prosecutions Sheet. |
| | 26 | BLSET | Court orders bail set in the amount of $1,500.00. |
| | 27 | DFREM | Defendant remanded to the custody of the Sheriff. |
| | 28 | NTJAL | **Notice to Sheriff issued.** |
| | 29 | TXKPW | Keep with companion cases(s) CMZ284877, 18WM09572, 19WM07568, 19CM10581. |
| 01/21/20 | 1 | FIMTN | Defense Motion to Suppress Evidence (PC 1538.5) Notice and Motion to Suppress Evidence Pursuant to Penal Code Section 1538.5; Point, Authorities and Argument in Support Thereof filed. |
| | 2 | CLCST2 | **Motion re: Suppress Evidence [Penal Code 1538.5] set on 01/30/2020 at 08:30 AM in Department H1.** |
| | 3 | BBPST | Bail Bond Number SV5-5043559 posted in the amount of $1,500.00 by ALADD of SE111146. |
| | 4 | BBPOS | Bail Bond posted per Sheriff Bail Bond report. Bond to be filed when received. |

# Exhibit #2

In this Exhibit the court will find the defendant using third party to conduct the hearing under my name and Case to obtain the court dismiss and release. It should be noted that in all of my case I am the only one defendant if the court review two Exhibit 1 and 2 together the court will See on 1-17-2020 something illegal activity occur.

# SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTES

Case : 19HF1603 F A
Name : Nguyen, Nam Ba

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 12/30/19 | 9 | TEXT | Counsel waive reading of interpreter identification and credentials on the record. |
| | 10 | CLCON | **Pre Trial continued to 01/17/2020 at 08:30 AM in Department C5 at request of Defense.** |
| | 11 | CLSET | **Jury Trial set on 01/27/2020 at 08:30 AM in Department C5.** |
| | 12 | WVNWT | Defendant does not waive statutory time for trial. |
| | 13 | TEXT | Day 42 of 60 |
| | 14 | DFOTR | Defendant ordered to return. |
| | 15 | BLSTR | Current bail set for Defendant to remain at $20,000.00. |
| | 16 | DFREM | Defendant remanded to the custody of the Sheriff. |
| | 17 | NTJAL | **Notice to Sheriff issued.** |
| | 18 | TXKPW | Keep with companion cases(s) 18WM09572, 19CM10581, 19WM07568. |
| | 19 | OFMCD | Minutes entered by E. Flores on 12/30/2019. |
| | 20 | FIORD2 | **Order for jail clothing exchange signed and filed .** |
| | 21 | CPGTO | Certified Copy of 3 Orders forwarded to Public Defender pick up box in Department C5 |
| 01/03/20 | 1 | FIMTN | Defense Motion to Dismiss (PC 995) filed. |
| 01/09/20 | 1 | CLROR2 | Removal order requested by Deputy Public Defender Shawn McDonald. Motion re: Penal Code 995 set on 01/17/2020 at 08:30 AM in Department C38. Removal order issued. |
| | 2 | TEXT | Deputy Public Defender Shawn McDonald and Orange County District Attorney Writs and Appeals Unit notified via email. |
| | 3 | TXKPW | Keep with companion cases(s) 18WM09572, 19CM10581, 19WM07568. |
| 01/14/20 | 1 | FITXT | People's Concession to Defendant's 995 Motion is filed. |
| 01/17/20 | 1 | CLTRAN | **Calendar Line for PT transferred from C5 on 01/17/2020 at 08:30 AM to C38 on 01/17/2020 at 08:30 AM.** |
| | 2 | HHELD | **Hearing held on 01/17/2020 at 08:30:00 AM in Department C38 for Motion Penal Code 995.** |
| | 3 | OFJUD | Judicial Officer: Elizabeth Macias, Judge |
| | 4 | OFJA | Clerk: M. Johnson |

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,**
**COUNTY OF ORANGE**

# MINUTES

Case : 19HF1603 F A
Name : Nguyen, Nam Ba

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 01/17/20 | 5 | OFBAL | Bailiff: A. Rodriguez |
| | 6 | OFREP | Court Reporter: Mary Fleming |
| | 7 | APTXT | Deputy District Attorney George Turner is present on behalf of the People for the motion. |
| | 8 | APTXT | Deputy Public Defender Shawn McDonald is present with the defendant for the motion. |
| | 9 | APINT | Phiho Stotelmyre, Vietnamese Certified interpreter, badge ID# 300567, present to interpret for defendant. Interpreter's oath on file and badge has been verified. |
| | 10 | CORAC | Court read and considered motion and the People's concession. |
| | 11 | MO95G | Motion to set aside Information pursuant to Penal Code 995 is granted. |
| | 12 | CLVAC | **Jury Trial vacated for 01/27/2020 at 08:30 AM in C5.** |
| | 13 | CDCAS | Case dismissed - Motion of People. |
| | 14 | NTRCO | Defendant released on this case only. Release issued. |
| | 15 | NTJAL | **Notice to Sheriff issued.** |
| | 16 | CLCAN | PT set on 01/17/20 at 08:30 AM in C38 has been cancelled. |
| | 17 | DOJABS | DOJ Initial Abstract sent. |
| 01/18/20 | 1 | CSCLS | **Case closed.** |
| 05/03/21 | 1 | TXRNF | Copy Request received. |
| 05/11/21 | 1 | CPGTO | Copy of Minutes mailed to defendant |
| 05/12/21 | 1 | CSCLS | **Case closed.** |
| 07/01/21 | 1 | BKG1869 | Court takes no action on booking fee request received from Newport Beach Police Department for arrest date of 11/15/2019. Booking fees are unenforceable or collectible as of July 1, 2021, pursuant to Penal Code 1465.9. |
| 07/02/21 | 1 | CSCLS | **Case closed.** |
| 10/18/21 | 1 | FICOR | Correspondence from Defendant filed. |
| | 2 | CPGTO | Copy of Prior Packet mailed to Defendant. |
| 10/20/21 | 1 | CSCLS | **Case closed.** |
| 03/08/22 | 1 | FICOR | Correspondence from Defendant filed. |
| | 2 | CPGTO | Copy of Minute Order mailed to Defendant. |
| 03/09/22 | 1 | CSCLS | **Case closed.** |

Exhibit # 3

In this exhibit the court will find that because they use the third party to conduct the court hearing while I was always asking to be on proper and constantly raising issue for appeal purpose therefore any all minutes order always having issue that why the defendant hack into the court system to remove and delete the information in my minutes order.



# SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTES

**Case:** 19HF1603 F A
**Name:** Nguyen, Nam Ba

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 12/04/19 | 18 | TREXE | People's Exhibit # 1 received into evidence. |
| | 19 | ENDHRG | End of Exhibit List: for exhibit management purposes. |
| | 20 | TRPRS | People rest(s) |
| | 21 | TRNAD | No affirmative defense. |
| | 22 | TRWEX | Witness excused. |
| | 23 | MOHTA | Motion by People that defendant be Held To Answer as charged in the complaint as to count(s) 1. |
| | 24 | MOTBY | Oral motion by Defense to reduce count 1 to a misdemeanor pursuant to Penal Code section 17(b) |
| | 25 | MOPEO | Objection by the People . |
| | 26 | MOTION | Motion argued. |
| | 27 | TEXT | As to 17(b) motion: |
| | 28 | MOTION | Motion denied. |
| | 29 | FDHTA | It appearing to the Court that a felony has been committed and there being sufficient and probable cause to believe that the Defendant committed said felony, Defendant is hereby ordered HELD TO ANSWER on 12/16/2019 at 08:30 AM in Department C5 as to count(s) 1. Defendant and Counsel ordered to appear. |
| | 30 | TEXT | Infraction count 2 to follow |
| | 31 | COINT | Court orders a/an Vietnamese interpreter for Defendant to be present for proceedings on 12/16/2019 at 08:30 AM in Department C5. The time estimate for interpreter is 4 Hours. |
| | 32 | BLSTR | Current bail set for Defendant to remain at $20,000.00. |
| | 33 | DFREM | Defendant remanded to the custody of the Sheriff. |
| | 34 | NTJAL | **Notice to Sheriff issued.** |
| | 35 | TXKPW | Keep with companion cases(s) 18WM09572 - 19WM07568 - 19CM10581. |
| 12/06/19 | 4 | FITXT | nOTICE OF TRANSCRIPTS RECEIVED AND FILED 12-6-19 filed. |
| | 6 | FITXT | Notice of Transcripts Received and Filed 12/6/19 filed. |
| | 7 | FIRTF | Reporter's transcripts dated 12-3-19 Vol. 1 of 2 received and filed. |
| | 8 | FIRTF | Reporter's transcripts dated 12-4-19 Vol. 2 of 2 received and filed. |


**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**COUNTY OF ORANGE**

# MINUTES

**Case :** 19WM07568 M A
**Name :** Nguyen, Nam Ba

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 05/09/19 | 1 | FLDOC | **Original Complaint filed on 05/09/2019 by Orange County District Attorney.** |
|  | 2 | FLNAM | Name filed: Nguyen, Nam Ba |
|  | 3 | FLCNT | MISDEMEANOR charge of 148(a)(1) PC filed as count 1. Date of violation: 12/09/2018. |
|  | 4 | FI959 | Accusatory pleading filed by the prosecutor pursuant to Penal Code section 959.1. |
|  | 5 | FIFCI | Notice to Appear filed. |
|  | 8 | FIBWCPO | Body Worn Camera Protective Order filed. |
|  | 9 | FIFCI2 | Declaration/Affidavit in Support of Arrest filed. |
|  | 10 | FIFCI2 | Police/Arrest Report filed. |
| 05/13/19 | 1 | WAARS | Misdemeanor Warrant of Arrest requested. |
|  | 2 | TXRFR | Case referred to W12 for review. |
| 05/15/19 | 1 | WAWSD | Warrant of Arrest warrant signed by Derek G. Johnson and issued for defendant. Night Service: No. Expedite: No. PC 853.6: No. Bail set at $10,000.00, Mandatory Appearance. |
| 05/23/19 | 1 | WFNBR | Warrant File Number 04019904 sent from AWSS for Warrant # 3278092. |
| 05/30/19 | 1 | CLADD | **At the request of Court, case calendared on 05/31/19 at 08:30 AM in W13 for ARGN .** |
| 05/31/19 | 1 | HHELD | **Hearing held on 05/31/2019 at 08:30:00 AM in Department W13 for Arraignment** |
|  | 2 | OFJUD | Judicial Officer: Scott Van Camp, Commissioner |
|  | 3 | OFJA | Clerk: R. Murphy |
|  | 4 | OFBAL | Bailiff: M. Rea |
|  | 5 | TRPRT | Proceedings recorded electronically. |



**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

Case : 19HF1603 F A
Name : Nguyen, Nam Ba

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 11/19/19 | 24 | DFSIS | Defendant states that it is their initials and signature on the Waiver of Rights form. |
| | 25 | TEXT | Defendants motion to represent himself in Propria Persona is denied. |
| | 30 | APDPD | Court appoints Public Defender to represent Defendant. |
| | 31 | APDWPD | Defendant present in court with counsel Isabel Apkarian, Public Defender. |
| | 32 | NTMOT | All parties orally notified of the Court's disqualification disclosure pursuant to Canon 3E(2) of the California Code of Judicial Ethics. |
| | 33 | CPACK | Counsel acknowledges receipt of the charging document. |
| | 34 | WVRAA | Defendant waives reading and advisement of the Original Complaint. |
| | 35 | PLNGA | **To the Original Complaint defendant pleads NOT GUILTY to all counts.** |
| | 36 | DFDNP | Defendant denies all prior(s) as set forth. |
| | 37 | MORES | Defense reserves all motions. |
| | 38 | DFSFC | Defendant invokes state, federal and constitutional rights. |
| | 39 | DFIRD | Informal request for discovery made by Defense. |
| | 40 | CLSET | **Pre Trial set on 11/27/2019 at 0830 in Department H1.** |
| | 41 | CLSET | **Preliminary Hearing set on 12/03/2019 at 0830 in Department H1.** |
| | 42 | DFOTR | Defendant ordered to appear. |
| | 43 | FIFPC | Fingerprint card is received and filed. |
| | 44 | DFHLD | Defendant has a custody hold. |
| | 45 | BLSET | Court orders bail set in the amount of $20,000.00. |
| | 46 | DFREM | Defendant remanded to the custody of the Sheriff. |
| | 47 | NTJAL | **Notice to Sheriff issued.** |
| | 48 | OFMCD | Minutes entered by M. Neessen on 11/19/2019. |
| 11/27/19 | 1 | HHELD | **Hearing held on 11/27/2019 at 08:30:00 AM in Department H1 for Pre Trial .** |
| | 2 | OFJUD | Judicial Officer: Derek G. Johnson, Judge |
| | 3 | OFJA | Clerk: K. Feinauer |
| | 4 | OFBAL | Bailiff: R. Monroe |
| | 5 | OFREP | Court Reporter: Nina Scott |

